RECEIVED
IN ALEXANDRIA, LA.

MAY - 9 2014

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| GARY ERVIN | DOCKET NO. 1:14-CV-217; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| USP - POLLOCK | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition under 28 U.S.C. §2241 is **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 9th day of May, 2014.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE